

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-20-00236-CV

Lesley **WENGER,** City of Castle Hills Alderman Place 4 and Sylvia Gonzalez, City of Castle Hills Alderman Place 3,
Appellants

v.

Mike **FLINN,** Bonnie Hopke, Vince Martinez, Scott Gray, Ginger Magers and Robbie Casey,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15722
Honorable Larry Noll, Judge Presiding

## O R D E R

We **grant** appellants' unopposed motion for an extension of time to file a motion for rehearing and request for en banc reconsideration. We **order** the motion for rehearing or en banc reconsideration be filed by **October 28, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court